**STATE of Missouri, Respondent,**

**v.**

**Anthony F. JOHNSON, Appellant.**

**Anthony JOHNSON, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**Nos. WD 43182, WD 44881.**

Missouri Court of Appeals,
Western District.

April 21, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
June 2, 1992.

Application to Transfer Denied
July 21, 1992.

Susan L. Hogan, Asst. Appellate Defender, Kansas City, for appellant in No. WD 43182.

David Samuel Durbin, Public Defender, Kansas City, for appellant in No. WD 44881.

William L. Webster, Atty. Gen., Hugh L. Marshall, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and ULRICH and SPINDEN, JJ.

## ORDER

PER CURIAM:

Consolidated appeals from convictions of murder in the first degree, robbery in the first degree, kidnapping, and three counts of armed criminal action, and from the denial of appellant's Rule 29.15 motion for post-conviction relief.

Affirmed. Rules 30.25(b) and 84.16(b).